COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-183-CV

 

IN RE PIPELINE TRUCKING,
INC.                                                RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and motion to stay litigation proceedings and
discovery and is of the opinion that all relief should be denied.  Accordingly, relator=s
petition for writ of mandamus and motion to stay are denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.

 

DELIVERED: 
July 24, 2009











     [1]See
Tex. R. App. P. 47.4.